Schaefer *v.* Keokuk Savings Bank—60 Ind. App. 474.

---

## SCHAEFER *v.* KEOKUK SAVINGS BANK.

[No. 8,903.  Filed January 13, 1916.]

1. APPEAL.—*Briefs.*—*Questions Presented.*—Nothing is presented for consideration on a question sought to be raised where the points and authorities in appellant's brief are not applied to any specific error assigned. p. 475.

2. APPEAL.—*Assignment of Errors.*—*Briefs.*—No question is presented on alleged error in permitting a reply to stand by a brief which contains neither the reply, nor answer, nor complaint, but merely a meager statement as to the general character of the complaint and answer. p. 475.

From Bartholomew Circuit Court; *Hugh Wickens*, Judge.

Action by the Keokuk Savings Bank against J. George Schaefer. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*John W. Donaker* and *Ralph H. Spaugh*, for appellant.

*Charles S. Baker* and *Frank N. Richman*, for appellee.

IBACH, C. J.—Appellee attacks appellant's brief as not presenting any question to this court. Appellant has argued but two questions, first,

1. that certain promissory notes involved were not inland bills of exchange, because not made payable at a bank in this State. However, in his points and authorities relating to this subject, he has not appli*d* these points to any specific error assigned, but has discussed the subject generally, and under the rules of this court (Rule 22), he has presented nothing for our consideration. *Humboldt Fire Ins. Co.* v. *Ashby* (1915), 57 Ind. App. 682, 108 N. E. 150; *Johnson* v. *Bebout* (1915), 59 Ind. App. 159, 108 N. E. 967; *Curry* v. *City of Evansville* (1914), 56 Ind. App. 143, 104 N. E. 978; *Wolf* v. *Akin* (1914), 55 Ind. App. 589, 104 N. E. 308.

Appellant also discusses alleged error of the trial court in permitting a reply to stand, which he claims was a departure from the complaint,

2. but his brief contains neither the reply, nor the answers to which it is addressed, nor the complaint. A meager statement as to the general character of the complaint and answers is given, but not a word as to what were the statements contained in the reply, nor does he state what specific action of the court constituted the alleged error with relation to the reply, nor does he show in what man-

ner the reply is a departure. The briefs are also faulty in other respects, and nothing is presented for our consideration. *Bottema* v. *Tracy* (1915), 58 Ind. App. 96, 107 N. E. 741; *Roark* v. *Voshell* (1915), 58 Ind. App. 203, 108 N. E. 18. Judgment affirmed.

NOTE.—Reported in 111 N. E. 17. See, also, under (1) 3 C. J. 1412; 2 Cyc 1014; (2) 3 C. J. 1415-1420; 2 Cyc 1014.